# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JEANETTE TULLAO, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTO INSURANCE COMPANY, <br><br> Defendant. | 2:14-cv-01909-JAD-VCF <br><br><br> **ORDER** |

Before the court is Jeanette Tullao v. State Farm Mutual Auto Insurance Company, case no. 2:14-cv-01909-JAD-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., January 9, 2015, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 2nd day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE